RAYMOND J. WALSH, Respondent, v. BURTON T. BLISS, Doing Business under the Name of THE HASTINGS NEWS, Appellant.— In an action to recover damages for libel, order striking out six of the separate defenses, etc., modified by striking therefrom the first, second, fourth, fifth and ninth ordering paragraphs. As thus modified, the order, insofar as appeal is taken, is affirmed, without costs. The first defense, although not perfectly worded, is sufficient to indicate that what is alleged is that such of the statements in the publication as can be found to be statements of facts are statements of truth. The second defense is sufficient to indicate the claim that the statements in the publication, other than those of fact, can be found to be fair comment. Both these defenses are also good as partial defenses. Furthermore, as to these defenses it is reasonably clear that of the statements in the published article claimed by the respondent to be statements of fact, some are merely expressions of opinion, or at least a jury could so find. The third and sixth defenses were properly struck out. Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur. [See *post*, p. 1066.]

WM. D. REALTY, INC., Respondent, v. PIERCE GRANT et al., Defendants, and BESSIE GRANT, Appellant.— In an action to foreclose a mortgage, the appellant, Bessie Grant, a former owner of the foreclosed premises, appeals from an order, granted on her default, directing the sheriff to evict her from an apartment in the premises and to place the assignee of the purchaser at the foreclosure sale in possession thereof, and from an order denying her motion to open the default. Order denying appellant's motion to open the default affirmed, without costs. Appeal from the order granted on default dismissed, without costs. No opinion. Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ., concur. [See *post*, p. 944.]